

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **THOMAS LINDEMAN**<br>Tel.: (212) 356-0418<br>tlindema@law.nyc.gov |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2022

December 5, 2022

**VIA ECF**
Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

GRANTED.  Status letter due January 8, 2023.

Date: Dec. 5, 2022
New York, New York

/s/ Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge

Re: *I.B. v. New York City Dep't of Educ.* 22-cv-6015 (MKV)(JLC)

Dear Judge Vyskocil:

    I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks enforcement of an administrative order under, as well as attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, et seq. ("IDEA"), as well as for this action.

    I write on behalf of both parties to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for December 8, 2022 *sine die*. The parties are actively engaged in settlement negotiations. The parties believe that the requested adjournment will allow them to fully explore settlement, and hope that this matter can be resolved without further intervention by the Court. The parties propose that a joint status letter be filed on January 8, 2023 informing the Court of the progress of settlement discussions.

    In the event that the Court deems the upcoming conference necessary, the parties request that it be held via the teleconference platform most convenient to the Court.

    Thank you for considering this request.

Respectfully submitted,
    /s/
Thomas Lindeman
Special Assistant Corporation Counsel

cc: Erin Murray (via ECF)